IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE LEWIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MACK WIMBISH, et al.,<br><br>    Defendants. | 1:06-CV-01015-AWI-SMS-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, plaintiff's application to proceed in forma pauperis was not complete; plaintiff only submitted the last page of the application. Plaintiff will be provided the opportunity to submit a new, complete application to proceed in forma pauperis **or** pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     September 14, 2006**                    **/s/ Sandra M. Snyder**
b6edp0                                         UNITED STATES MAGISTRATE JUDGE