UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MACK WIMBISH, et al.,<br><br>　　　　　　Defendants.<br>_____/ | 1:06-cv-01015-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 7)<br><br>**ORDER DISMISSING ACTION** |

　　　Dante Lewis ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On December 13, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on Plaintiff on December 28, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Out of Custody. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendation, filed December 13, 2006, are ADOPTED in full; and,

    2.  This action is DISMISSED for plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:   April 12, 2007**                   /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE